IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESS RICO MARTINEZ,

     Petitioner,                 No. CIV S-09-1138 JAM EFB P

     vs.

PEOPLE OF THE STATE OF
CALIFORNIA,

     Respondent.          <u>ORDER</u>

                                            /

     Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

     Petitioner challenges a conviction in the Tulare County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

     Accordingly, it is hereby ordered that:

     1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

     2. The Clerk of Court shall assign a new case number;

////

////

1

1       3. All future filings shall bear the new case number and shall be filed at:

2             United States District Court
          Eastern District of California
3             2500 Tulare Street
          Fresno, CA 93721

4

5   DATED:  May 12, 2009.

6                  EDMUND F. BRENNAN
7                  UNITED STATES MAGISTRATE JUDGE